# UNITED STATES DISTRICT COURT
for the

District of Massachusetts

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| | ) | Case No. |
| WHILO RECIO | ) | 25-5168-JGD |
| | ) | |
| | ) | |
| | ) | |

*Defendant(s)*

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of     March 5, 2024     in the county of     Suffolk     in the
_____ District of     Massachusetts    , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 U.S.C. 841(a)(1) | Distribution of and possession with intent to distribute controlled substances |

This criminal complaint is based on these facts:

See attached Affidavit of DEA Special Agent Nicholas Ponte

☑ Continued on the attached sheet.

*Complainant's signature*

Nicholas Ponte, DEA Special Agent

*Printed name and title*

Subscribed and sworn to via telephone in accordance with
Federal Rule of Criminal Procedure 4.1.

Date:     05/14/2025

*Judge's signature*

City and state:     Boston, MA     Hon. Judith G. Dein, U.S. Magistrate Judge

*Printed name and title*