JS 45 (5/97) - (Revised U.S.D.C. MA 9/20/2023)

# Criminal Case Cover Sheet     U.S. District Court - District of Massachusetts

**Place of Offense:** Boston, MA    **Category No.** II    **Investigating Agency** DEA

**City** Boston
**County** Suffolk

**Related Case Information:**
Superseding Ind./ Inf. _____ Case No. _____
Same Defendant  x     New Defendant _____
Magistrate Judge Case Number: 25-5168-JGD
Search Warrant Case Number: 25-5167, 25-5169, 25-6170
R 20/R 40 from District of _____

Is this case related to an existing criminal action pursuant to Rule 40.1(h)? If yes, case number _____    ☐ Yes ☑ No

**Defendant Information:**
Defendant Name: Whilo Recio    Juvenile: ☐ Yes ☑ No
Is this person an attorney and/or a member of any state/federal bar: ☐ Yes ☑ No
Alias Name: _____
Address: 20 Almont Street, Apartment #1, Boston, Massachusetts
Birth date (Yr only): 1997    SSN (last 4#): 9383    Sex: M    Race: _____    Nationality: _____

**Defense Counsel if known:** Joshua Hanye    Address: 51 Sleeper St #5 Boston MA
Bar Number: _____

**U.S. Attorney Information**
AUSA: Lauren A. Graber    Bar Number if applicable: 679226

**Interpreter:** ☑ Yes ☐ No    List language and/or dialect: Spanish
**Victims:** ☐ Yes ☑ No    If yes, are there multiple crime victims under 18 USC§3771(d)(2) ☐ Yes ☑ No
**Matter to be SEALED:** ☐ Yes ☑ No

☐ Warrant Requested    ☐ Regular Process    ☑ In Custody

**Location Status:** _____
**Arrest Date:** May 15, 2025

☑ Already in Federal Custody as of May 15, 2025 in Plymouth County.
☐ Already in State Custody at _____ ☐ Serving Sentence ☐ Awaiting Trial
☐ On Pretrial Release: Ordered by: _____ on _____

**Charging Document:** ☐ Complaint ☐ Information ☑ Indictment
**Total # of Counts:** ☐ Petty _____ ☐ Misdemeanor _____ ☑ Felony 1

Continue on Page 2 for Entry of U.S.C. Citations

☑ I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: 6/17/2025    Signature of AUSA: _[signature]_

**District Court Case Number** (To be filled in by deputy clerk): _____

**Name of Defendant** Whilo Recio

## U.S.C. Citations

| | **Index Key/Code** | **Description of Offense Charged** | **Count Numbers** |
|---|---|---|---|
| Set 1 | 21 U.S.C. 841(a)(1) | Distribution of and possession with intent to distribute cocaine | 1 |
| Set 2 | 21 U.S.C. 853 | Drug forfeiture allegation | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**