COMMONWEALTH OF MASSACHUSETTS          SUPERIOR COURT

NORFOLK, SS.                           CRIMINAL #2282CR00163

Commonwealth of MA          )
                            )
Vs.                         )
                            )
Whilo Recio                 )

## VERDICT

Count 001   (2)

### ASSAULT WITH DANGEROUS WEAPON

Not Guilty ✓

Guilty _____

I certify that this is the jury's unanimous verdict.

_Alicea Stephenson_
Jury Foreperson

DATE: 7/26/24