# 2282CR00163 Commonwealth vs. Recio, Whilo Gilberto

- Case Type:
- Indictment
- Case Status:
- Open
- File Date
- 08/04/2022
- DCM Track:
- B - Complex
- Initiating Action:
- A&B WITH DANGEROUS WEAPON c265 §15A(b)
- Status Date:
- 07/26/2024
- Case Judge:
- 
- Next Event:
- 

| All Information | Party | Charge | Event | Tickler | Docket | Disposition |

## Party Information

**Norfolk County District Attorney**
- Prosecutor

**Alias**

**Party Attorney**
- Attorney
- McLeod, Esq., Gordon R
- Bar Code
- 705647
- Address
- Norfolk County District Attorney's Office
  45 Shawmut Rd
  Canton, MA  02021
- Phone Number
- (617)769-6176

**More Party Information**

**Recio, Whilo Gilberto**
- Defendant

**Alias**

**Party Attorney**
- Attorney
- Gordon, Esq., Nicolas A
- Bar Code
- 657987
- Address
- The Law Offices of Nicolas A. Gordon, Esq
  300 North Main St
  Suite 102
  Mansfield, MA  02048
- Phone Number
- (774)254-4411

**More Party Information**

## Party Charge Information

**Recio, Whilo Gilberto**
- Defendant
  Charge # 1:
    265/15A/A-1 - Felony     A&B WITH DANGEROUS WEAPON c265 §15A(b)

- Original Charge
  - 265/15A/A-1 A&B WITH DANGEROUS WEAPON c265 §15A(b) (Felony)
  - Indicted Charge
  - 
  - Amended Charge
  - 

**Charge Disposition**

**Disposition Date**
**Disposition**
07/23/2024
Dismissed - Lack of Prosecution

- **Recio, Whilo Gilberto**
- - Defendant
  - Charge # 2:
    265/15B/A-0 - Felony    ASSAULT W/DANGEROUS WEAPON c265 §15B(b)

- Original Charge
- 265/15B/A-0 ASSAULT W/DANGEROUS WEAPON c265 §15B(b) (Felony)
- Indicted Charge
- Amended Charge

**Charge Disposition**
**Disposition Date**
**Disposition**
07/26/2024
Not Guilty Verdict

- **Recio, Whilo Gilberto**
- - Defendant
  - Charge # 3:
    90/24/E-2 - Misdemeanor - more than 100 days incarceration    NEGLIGENT OPERATION OF MOTOR VEHICLE c90 §24(2)(a)

- Original Charge
- 90/24/E-2 NEGLIGENT OPERATION OF MOTOR VEHICLE c90 §24(2)(a) (Misdemeanor - more than 100 days incarceration)
- Indicted Charge
- Amended Charge

**Charge Disposition**
**Disposition Date**
**Disposition**
07/26/2024
Guilty Verdict

- **Recio, Whilo Gilberto**
- - Defendant
  - Charge # 4:
    94C/32E/A-4 - Felony    COCAINE, TRAFFICKING IN 18 GRAMS OR MORE, LESS THAN 36 GRAMS c94C §32E(b)

- Original Charge
- 94C/32E/A-4 COCAINE, TRAFFICKING IN 18 GRAMS OR MORE, LESS THAN 36 GRAMS c94C §32E(b) (Felony)
- Indicted Charge
- Amended Charge

**Charge Disposition**
**Disposition Date**
**Disposition**
07/26/2024
Not Guilty Verdict

- **Recio, Whilo Gilberto**
- - Defendant
  - Charge # 5:
    94C/32E/Q-2 - Felony    FENTANYL, TRAFFICKING IN MORE THAN 10 GRAMS c.94C, §32E(c½)

- Original Charge
- 94C/32E/Q-2 FENTANYL, TRAFFICKING IN MORE THAN 10 GRAMS c.94C, §32E(c½) (Felony)
- Indicted Charge
- Amended Charge

**Charge Disposition**
**Disposition Date**
**Disposition**
07/26/2024
Not Guilty Verdict

**Events**

| Date | Session | Location | Type | Event Judge | Result |
|---|---|---|---|---|---|
| 10/13/2022 02:00 PM | Criminal 2 | | Arraignment | Wilkins, Hon. Douglas H | Held as Scheduled |

| Date | Session | Location | Type | Event Judge | Result |
|---|---|---|---|---|---|
| 12/08/2022 02:00 PM | Criminal 2 | | Pre-Trial Conference | Wilkins, Hon. Douglas H | Rescheduled |
| 01/19/2023 02:00 PM | Criminal 2 | | Pre-Trial Hearing | Wilkins, Hon. Douglas H | Held as Scheduled |
| 03/08/2023 02:00 PM | Criminal 2 | | Filing of Motions | Wilkins, Hon. Douglas H | Rescheduled |
| 03/14/2023 11:00 AM | Criminal 1 | | Motion Hearing | Cannone, Hon. Beverly J | Held as Scheduled |
| 04/13/2023 02:00 PM | Criminal 2 | | Pre-Trial Hearing | | Rescheduled |
| 04/14/2023 02:00 PM | Criminal 2 | | Pre-Trial Hearing | Freniere, Hon Diane | Held as Scheduled |
| 04/26/2023 02:00 PM | Criminal 2 | | Hearing RE: Discovery Motion(s) | Freniere, Hon Diane | Rescheduled |
| 05/02/2023 02:00 PM | Criminal 1 | | Hearing RE: Discovery Motion(s) | Cannone, Hon. Beverly J | Held as Scheduled |
| 07/25/2023 02:00 PM | Criminal 1 | | Conference to Review Status | O'Shea, Hon. Daniel J. | Not Held |
| 08/09/2023 02:00 PM | Criminal 2 | | Filing of Motions | Leighton, Hon. Joseph | Not Held |
| 08/31/2023 02:00 PM | Criminal 2 | | Filing of Motions | Leighton, Hon. Joseph | Not Held |
| 09/28/2023 02:00 PM | Criminal 2 | | Filing of Motions | Leighton, Hon. Joseph | Held as Scheduled |
| 11/15/2023 02:00 PM | Criminal 1 | | Motion Hearing | Krupp, Hon. Peter B | Held as Scheduled |
| 12/15/2023 02:00 PM | Criminal 1 | | Motion Hearing | Krupp, Hon. Peter B | Held via Video/Phone |
| 01/04/2024 02:00 PM | Criminal 2 | | Motion Hearing | Squires-Lee, Hon. Debra A | Canceled |
| 02/21/2024 08:45 AM | Criminal 2 | DED-2nd FL, CR 25 (SC) | Motion Hearing | Squires-Lee, Hon. Debra A | Held as Scheduled |
| 02/21/2024 02:00 PM | Criminal 2 | DED-2nd FL, CR 25 (SC) | Hearing for Warrant Removal | Squires-Lee, Hon. Debra A | Held as Scheduled |
| 04/01/2024 02:00 PM | Criminal 1 | DED-2nd FL, CR Main (SC) | Final Pre-Trial Conference | Cannone, Hon. Beverly J | Rescheduled |
| 04/02/2024 09:00 AM | Criminal 2 | DED-2nd FL, CR 25 (SC) | Jury Trial | Cahillane, Hon. Michael A | Rescheduled |
| 05/03/2024 02:00 PM | Criminal 1 | DED-2nd FL, CR Main (SC) | Motion Hearing | Cannone, Hon. Beverly J | Held as Scheduled |
| 07/17/2024 02:00 PM | Criminal 2 | DED-2nd FL, CR 25 (SC) | Final Pre-Trial Conference | Leighton, Hon. Joseph | Rescheduled |
| 07/22/2024 09:00 AM | Criminal 2 | DED-2nd FL, CR 25 (SC) | Final Pre-Trial Conference | Leighton, Hon. Joseph | Held as Scheduled |
| 07/22/2024 02:00 PM | Criminal 2 | DED-2nd FL, CR 25 (SC) | Final Pre-Trial Conference | Leighton, Hon. Joseph | Rescheduled |
| 07/23/2024 09:00 AM | Criminal 2 | DED-2nd FL, CR 25 (SC) | Jury Trial | Leighton, Hon. Joseph | Not Held |
| 07/23/2024 09:00 AM | Criminal 1 | DED-2nd FL, CR Main (SC) | Jury Trial | Rayburn, Hon. Katie | Held as Scheduled |
| 07/25/2024 09:00 AM | Criminal 1 | DED-2nd FL, CR Main (SC) | Jury Trial | Rayburn, Hon. Katie | Held as Scheduled |
| 07/26/2024 09:00 AM | Criminal 1 | DED-2nd FL, CR Main (SC) | Jury Trial | Rayburn, Hon. Katie | Held as Scheduled |

## Ticklers

| Tickler | Start Date | Due Date | Days Due | Completed Date |
|---|---|---|---|---|
| Pre-Trial Hearing | 08/04/2022 | 12/16/2022 | 134 | 01/19/2023 |
| Final Pre-Trial Conference | 08/04/2022 | 04/14/2023 | 253 | 07/22/2024 |
| Case Disposition | 08/04/2022 | 05/01/2023 | 270 | 07/26/2024 |

## Docket Information

| Docket Date | Docket Text | File Ref Nbr. | Image Avail. |
|---|---|---|---|
| 08/04/2022 | Case assigned to:<br>DCM Track B - Complex was added on 08/04/2022 | | |
| 08/04/2022 | Indictment(s) returned | 1 | Image |
| 09/14/2022 | Attorney appearance<br>On this date William J Keefe, Esq. added for Defendant Whilo Gilberto Recio | | |
| 10/12/2022 | Commonwealth 's Statement of the Case | 2 | Image |
| 10/12/2022 | Commonwealth 's Initial Notice of Discovery with Certificate of Service | 3 | Image |
| 10/13/2022 | Comes into court.<br>Event Result::  Arraignment scheduled on:<br>     10/13/2022 02:00 PM<br>Has been: Held as Scheduled<br>Hon. Douglas H Wilkins, Presiding<br><br>Applies To: Recio, Whilo Gilberto (Defendant); Keefe, Esq., William J (Attorney) on behalf of Recio, Whilo Gilberto (Defendant); Kaufman, Esq., Daniel (Attorney) on behalf of Norfolk County District Attorney (Prosecutor); Event Judge: Wilkins, Hon. Douglas H. - FTR (D. O'Sullivan) - Attest: Margaret H. Sanel, AC. | | |
| 10/13/2022 | Defendant arraigned before Court.<br>Judge: Wilkins, Hon. Douglas H | | |
| 10/13/2022 | Defendant waives reading of indictment<br>Judge: Wilkins, Hon. Douglas H | | |
| 10/13/2022 | Plea of not guilty entered on all charges.<br>Judge: Wilkins, Hon. Douglas H | | |
| 10/13/2022 | Bail set at $100,000.00 Surety, $10,000.00 Cash.  (posted/transfer)  Conditions:  Stay out of Quincy and surrender passport (already done).  D assents.  Bail warning read. | | |
| 10/13/2022 | Bail warnings read<br>Judge: Wilkins, Hon. Douglas H | | |
| 10/13/2022 | Order for the transmittal of Bail sent to the clerk of the Quincy District Court. | | |
| 10/14/2022 | The following form was generated:<br><br>Order for Transmittal of Bail<br>Sent On:  10/14/2022 14:17:43 | | |
| 10/24/2022 | Bail recognizance form filed. | 4 | Image |
| 12/08/2022 | Event Result::  Pre-Trial Conference scheduled on:<br>     12/08/2022 02:00 PM<br>Has been: Rescheduled       For the following reason: Request of Commonwealth<br>Comments: ADA has left the office.  Case being reassigned.<br>Hon. Douglas H Wilkins, Presiding | | |
| 01/19/2023 | Event Result::  Pre-Trial Hearing scheduled on:<br>     01/19/2023 02:00 PM<br>Has been: Held as Scheduled       For the following reason: Defense Attorney failed to appear<br>Comments: Atty  Keefe held in other court; D present; ADA McLeod present report agreed upon next date;FTR RM 25- S Rothman; Clerk: S Irwin a/c<br>Hon. Douglas H Wilkins, Presiding<br>Appeared:<br>     Prosecutor<br>          Gordon R McLeod, Esq.,<br>     Defendant     Whilo Gilberto Recio | | |

| Docket Date | Docket Text | File Ref Nbr. | Image Avail. |
|---|---|---|---|
| 01/19/2023 | Commonwealth 's Notice of Discovery II with Certificate of Service | 5 | Image |
| 01/19/2023 | Commonwealth 's Notice of Intent to Call an Expert with Attachment and Certificate of Service | 6 | Image |
| 03/01/2023 | Attorney appearance<br>On this date William J Keefe, Esq. dismissed/withdrawn for Defendant Whilo Gilberto Recio | | |
| 03/01/2023 | Attorney appearance<br>On this date Nicolas A Gordon, Esq. added for Defendant Whilo Gilberto Recio | | |
| 03/07/2023 | Event Result:: Filing of Motions scheduled on:<br>03/08/2023 02:00 PM<br>Has been: Rescheduled    For the following reason: By Court prior to date<br>Hon. Douglas H Wilkins, Presiding | | |
| 03/13/2023 | Defendant 's Motion To Allow Travel | 7 | Image |
| 03/13/2023 | Affidavit filed by Defendant Whilo Gilberto Recio in support of<br>Defendant's Motion to Travel | 8 | Image |
| 03/14/2023 | Event Result:: Motion Hearing scheduled on:<br>03/14/2023 11:00 AM<br>Has been: Held as Scheduled<br>Hon. Beverly J Cannone, Presiding | | |
| 03/14/2023 | Event Result:: Pre-Trial Hearing scheduled on:<br>04/13/2023 02:00 PM<br>Has been: Rescheduled    For the following reason: By Court prior to date<br>Hon. Beverly J Cannone, Presiding | | |
| 03/14/2023 | Endorsement on Motion to travel, (#7.0): ALLOWED<br>see conditions. (Cannone,RAJ) ns | | Image |
| 04/11/2023 | Probation 's Notice of<br>violation of pretrial conditions of release - filed 4/10/23 | 9 | Image |
| 04/14/2023 | Docket Note: Defendant submitted his passport to Clerk's office with Attorney 4/14/23 | | |
| 04/14/2023 | Event Result:: Pre-Trial Hearing scheduled on:<br>04/14/2023 02:00 PM<br>Has been: Held as Scheduled<br>Hon Diane Freniere, Presiding<br><br>Applies To: Keefe, Esq., William J (Attorney) on behalf of Recio, Whilo Gilberto (Defendant); McLeod, Esq., Gordon R (Attorney) on behalf of Norfolk County District Attorney (Prosecutor); Event Judge: Freniere, Hon Diane - FTR (D. O'Sullivan) - Attest: Margaret H. Sanel, AC. | | |
| 04/18/2023 | Defendant 's Motion for Discovery - ALLOWED (Cannone, RAJ) dated 5/2/23 | 10 | Image |
| 04/18/2023 | Affidavit of Counsel in Support | 11 | Image |
| 04/25/2023 | Event Result:: Hearing RE: Discovery Motion(s) scheduled on:<br>04/26/2023 02:00 PM<br>Has been: Rescheduled    For the following reason: Request of Defendant<br>Hon. Beverly J Cannone, Presiding | | |
| 05/02/2023 | Event Result:: Hearing RE: Discovery Motion(s) scheduled on:<br>05/02/2023 02:00 PM<br>Has been: Held as Scheduled<br>Hon. Beverly J Cannone, Presiding | | |
| 05/30/2023 | Endorsement on Motion for Discovery, (#10.0): ALLOWED<br>as amended. dated 5/2/23. Copies mailed | | Image |
| 07/24/2023 | Event Result:: Conference to Review Status scheduled on:<br>07/25/2023 02:00 PM<br>Has been: Not Held    For the following reason: Not reached by Court<br>Hon. Daniel J. O'Shea, Presiding | | |
| 07/25/2023 | Commonwealth 's Notice of Discovery III | 12 | Image |
| 08/09/2023 | Event Result:: Filing of Motions scheduled on:<br>08/09/2023 02:00 PM<br>Has been: Not Held    For the following reason: Request of Defendant<br>Comments: D/C on trial in Marlborough D Ct<br>Hon. Joseph Leighton, Presiding | | |
| 08/31/2023 | Event Result:: Filing of Motions scheduled on:<br>08/31/2023 02:00 PM | | |

| Docket Date | Docket Text | File Ref Nbr. | Image Avail. |
|---|---|---|---|
| | Has been: Not Held    For the following reason: Request of Defendant<br>Hon. Joseph Leighton, Presiding | | |
| 09/28/2023 | Comes into court.<br>Event Result::  Filing of Motions scheduled on:<br>    09/28/2023 02:00 PM<br>Has been: Held as Scheduled<br>Hon. Joseph Leighton, Presiding<br><br>Applies To: Recio, Whilo Gilberto (Defendant); Gordon, Esq., Nicolas A (Attorney) on behalf of Recio, Whilo Gilberto (Defendant); Daly, Esq., Moira (Attorney) on behalf of Norfolk County District Attorney (Prosecutor); Event Judge: Leighton, Hon. Joseph - FTR (S. Rothman) - Attest: Margaret H. Sanel, AC. | | |
| 09/29/2023 | Defendant 's Motion to Suppress for Violation of Right to Equal Protection  - DENIED - See Endorsement docketed on 12/20/23 | 13 | Image |
| 09/29/2023 | Affidavit of Support of Defendant's Motion to Suppress | 14 | Image |
| 11/15/2023 | Event Result::  Motion Hearing scheduled on:<br>    11/15/2023 02:00 PM<br>Has been: Held as Scheduled<br>Hon. Peter B Krupp, Presiding | | |
| 11/16/2023 | Opposition to Defendant's "Motion to Suppress for Violation of Right to Equal Protection" filed by Norfolk County District Attorney | 15 | Image |
| 11/17/2023 | Scheduled:<br>Event: Jury Trial<br>Date: 04/02/2024  Time: 09:00 AM<br>Result: Rescheduled | | |
| 12/14/2023 | Defendant 's Motion to Allow Travel with Affidavit  in Support with Attachment - ** After hearing, ALLOWED. Defendant shall report in person to probation no later than Noon on 01/04/2024 and shall return his passport to probation at that time. (Krupp, J.) dated12/15/2023 | 16 | Image |
| 12/15/2023 | Event Result::  Motion Hearing scheduled on:<br>    12/15/2023 02:00 PM<br>Has been: Held via Video/Phone<br>Hon. Peter B Krupp, Presiding | | |
| 12/20/2023 | Endorsement on Motion to Suppress for Violation of Right to Equal Protection, (#13.0):<br>After hearing, DENIED. See Memorandum and Order of same date. (Krupp, J.) dated 12/20/2023 | | Image |
| 12/20/2023 | MEMORANDUM & ORDER:<br><br>on Defendant's Motion to Suppress - ORDER: Defendant's Motion to Suppress for Violation of Right to Equal Protection (Docket #13) is DENIED (Krupp, J.) dated 12/20/2023<br><br>Judge: Krupp, Hon. Peter B | 17 | Image |
| 01/04/2024 | Docket Note: Passport returned by defendant on 1/4/24 | | |
| 01/04/2024 | Event Result::  Motion Hearing scheduled on:<br>    01/04/2024 02:00 PM<br>Has been: Canceled    For the following reason: Joint request of parties<br>Hon. Debra A Squires-Lee, Presiding | | |
| 01/23/2024 | Commonwealth 's Notice of<br>intent to call an expert and certificate of service - filed 1/23/24 | 18 | Image |
| 02/20/2024 | Probation 's Notice Of Violation of Conditions of Pretrial Release | 19 | |
| 02/21/2024 | Issued:<br>Straight Warrant issued on 02/21/2024 for Recio, Whilo Gilberto | | |
| 02/21/2024 | Event Result::  Motion Hearing scheduled on:<br>    02/21/2024 08:45 AM<br>Has been: Held as Scheduled<br>Comments: Case advanced at request of Commonwealth; Warrant requested due to D applying for expedited passport; Warrant issued; FTR RM 25- S Rothman; Clerk: S Irwin a/c<br>Hon. Debra A Squires-Lee, Presiding<br>Appeared:<br>    Defendant<br>        Nicolas A Gordon, Esq., | | |
| 02/21/2024 | Event Result::  Hearing for Warrant Removal scheduled on:<br>    02/21/2024 02:00 PM<br>Has been: Held as Scheduled<br>Comments: D and counsel present in court; warrant recalled. Conditions of release modified to require D to have a GPS at all times; All other conditions of release remain as previously set;<br> FTR RM 25 - approx. start 2:48:31 pm; Clerk: S Irwin a/c | | |

| Docket Date | Docket Text | File Ref Nbr. | Image Avail. |
|---|---|---|---|
| | Hon. Debra A Squires-Lee, Presiding<br>Appeared:<br>    Prosecutor    Norfolk County District Attorney<br>    Defendant    Whilo Gilberto Recio<br>        Nicolas A Gordon, Esq., | | |
| 02/21/2024 | Recalled:<br>Straight Warrant cancelled on 02/21/2024 for Recio, Whilo Gilberto | | |
| 02/21/2024 | Commonwealth 's Motion To Revoke Defendant's Bail<br>filed in court and endorsed: DENDIED conditions of release amended to included GPS and stay in Massachusetts (Squires-Lee, J) 02/21/2024. Copy sent via email to counsel and probation. | 20 | |
| 02/21/2024 | Defendant 's Written Opposition To Commonwealth's Motion to Revoke | 21 | |
| 02/22/2024 | Endorsement on Motion to revoke Defendant's bail due to violation of conditions of release, (#20.0): DENIED<br>Conditions of release amended to include GPS and stay in Commonwealth. dated 2/21/24<br><br>Judge: Squires-Lee, Hon. Debra A | | |
| 02/29/2024 | Probation 's Notice of Violation of Conditions of Release | 22 | Image |
| 03/20/2024 | Commonwealth 's Notice of Discovery IV with Certificate of Service | 23 | Image |
| 03/22/2024 | Commonwealth 's Notice of<br>Intent to Call An Expert, Certificate of Compliance and Certificate of Service - filed 3/22/24 | 24 | Image |
| 03/25/2024 | Commonwealth 's Notice Of Discovery V With Certificate Of Service | 25 | Image |
| 03/25/2024 | Commonwealth 's Supplemental Certificate Of Compliance With Certificate Of Service | 26 | Image |
| 03/29/2024 | Commonwealth 's PROPOSED<br>Witness List - filed 3/29/24 | 27 | Image |
| 03/29/2024 | Commonwealth 's<br>Case Description - filed 3/29/24 | 28 | Image |
| 03/29/2024 | Commonwealth 's Motion to Admit Google Map Images and Certificate of Service filed 3/29/24 | 29 | Image |
| 03/29/2024 | Commonwealth 's Motion in limine to<br>Elicit In-Court Identifications of Defendant and Certificate of Service - filed 3/29/24 - ALLOWED after hearing on 7/22/24.  Leighton, J. | 30 | Image |
| 03/29/2024 | Commonwealth 's Motion in limine to admit RMV Records as Business Records w/Exhibits and Certificate of Service<br>filed 3/29/24 - ALLOWED after hearing on 7/22/24.  Leighton, J. | 31 | Image |
| 03/29/2024 | Commonwealth 's Motion in limine to Admit Testimony of Laura Veccherelli as Substitute Expert Witness for Unavailable Witness<br>and Certificate of Service - filed 3/29/24 | 32 | Image |
| 03/29/2024 | Commonwealth 's PROPOSED<br>Juror Voir Dire Questions and Certificate of Service - filed 3/29/24 | 33 | Image |
| 03/29/2024 | Commonwealth 's PROPOSED<br>Jury Instructions and Certificate of Service - filed 3/29/24 | 34 | Image |
| 03/29/2024 | Commonwealth 's Motion in limine to Permit Fentanyl in the Courthouse for Trial and Certificate of Service - DENIED, after hearing.  Leighton, J.<br>filed 3/29/24 | 35 | Image |
| 04/01/2024 | Defendant 's Motion For Voir Dire | 36 | |
| 04/01/2024 | Defendant 's Motion in limine To Exclude Potential Inadmissible Evidence | 37 | Image |
| 04/01/2024 | Defendant 's Motion in limine Regarding The Scope Of The Substitute Chemist's Testimony | 38 | Image |
| 04/01/2024 | Event Result::  Final Pre-Trial Conference scheduled on:<br>    04/01/2024 02:00 PM<br>Has been: Rescheduled    For the following reason: By Court prior to date<br>Hon. Beverly J Cannone, Presiding | | |
| 04/02/2024 | Event Result::  Jury Trial scheduled on:<br>    04/02/2024 09:00 AM<br>Has been: Rescheduled    For the following reason: Not reached by Court<br>Comments: Session on trial.<br>Hon. Michael A Cahillane, Presiding | | |

| Docket Date | Docket Text | File Ref Nbr. | Image Avail. |
|---|---|---|---|
| 04/05/2024 | Scheduled:<br>Event: Jury Trial<br>Date: 07/23/2024  Time: 09:00 AM<br>Result: Not Held | | |
| 04/24/2024 | Defendant 's Motion to Modify Conditions of Release - * ALLOWED - Vacate GPS - (Ham, J.) dated 05/3/24 | 39 | Image |
| 04/24/2024 | Affidavit of Support of Motion to Travel | 40 | Image |
| 05/03/2024 | Event Result::  Motion Hearing scheduled on:<br>        05/03/2024 02:00 PM<br>Has been: Held as Scheduled. Deft's motion to remove GPS condition ALLOWED.<br>FTR: Ctrm. 20<br><br>Hon. Catherine Ham, Presiding | | |
| 05/20/2024 | Commonwealth 's Notice of Discovery VI  with Certificate of Service | 41 | Image |
| 06/28/2024 | Commonwealth 's Proposed Witness List | 42 | Image |
| 07/16/2024 | Event Result::  Final Pre-Trial Conference scheduled on:<br>        07/17/2024 02:00 PM<br>Has been: Rescheduled      For the following reason: By Court prior to date<br>Hon. Joseph Leighton, Presiding | | |
| 07/19/2024 | Event Result::  Final Pre-Trial Conference scheduled on:<br>        07/22/2024 02:00 PM<br>Has been: Rescheduled      For the following reason: By Court prior to date<br>Hon. Joseph Leighton, Presiding | | |
| 07/22/2024 | Defendant not in court.  Presence waived.<br>Event Result::  Final Pre-Trial Conference scheduled on:<br>        07/22/2024 09:00 AM<br>Has been: Held as Scheduled<br>Hon. Joseph Leighton, Presiding<br><br>Applies To: Recio, Whilo Gilberto (Defendant); Gordon, Esq., Nicolas A (Attorney) on behalf of Recio, Whilo Gilberto (Defendant); McLeod, Esq., Gordon R (Attorney) on behalf of Norfolk County District Attorney (Prosecutor); Event Judge: Leighton, Hon. Joseph - FTR (MHS) - Attest: Margaret H. Sanel, AC. | | |
| 07/22/2024 | Scheduled:<br>Judge: Rayburn, Hon. Katie<br>Event: Jury Trial<br>Date: 07/23/2024  Time: 02:00 PM | | |
| 07/22/2024 | Event Result::  Jury Trial scheduled on:<br>        07/23/2024 09:00 AM<br>Has been: Not Held      For the following reason: Transferred to another session<br>Hon. Joseph Leighton, Presiding | | |
| 07/23/2024 | Scheduled:<br>Judge: Rayburn, Hon. Katie<br>Event: Jury Trial<br>Date: 07/25/2024  Time: 09:00 AM<br>Result: Held as Scheduled | | |
| 07/23/2024 | Scheduled:<br>Judge: Rayburn, Hon. Katie<br>Event: Jury Trial<br>Date: 07/26/2024  Time: 09:00 AM<br>Result: Held as Scheduled | | |
| 07/23/2024 | Scheduled:<br>Judge: Rayburn, Hon. Katie<br>Event: Jury Trial<br>Date: 07/29/2024  Time: 09:00 AM | | |
| 07/23/2024 | Event Result::  Jury Trial scheduled on:<br>        07/23/2024 09:00 AM<br>Has been: Held as Scheduled<br>Hon. Katie Rayburn, Presiding | | |
| 07/25/2024 | Event Result::  Jury Trial scheduled on:<br>        07/25/2024 09:00 AM<br>Has been: Held as Scheduled<br>Comments: FTR, DOS<br>Hon. Katie Rayburn, Presiding | | |

| Docket Date | Docket Text | File Ref Nbr. | Image Avail. |
|---|---|---|---|
| 07/26/2024 | Event Result::  Jury Trial scheduled on:<br>07/26/2024 09:00 AM<br>Has been: Held as Scheduled<br>Hon. Katie Rayburn, Presiding | | |
| 07/26/2024 | Offense Disposition::<br>Charge #1 A&B WITH DANGEROUS WEAPON c265 §15A(b)<br>    On: 07/23/2024    Judge: Hon. Katie Rayburn<br>    By: Jury Trial    Dismissed - Lack of Prosecution<br><br>Charge #3 NEGLIGENT OPERATION OF MOTOR VEHICLE c90 §24(2)(a)<br>    On: 07/26/2024    Judge: Hon. Katie Rayburn<br>    By: Jury Trial    Guilty Verdict<br><br>Charge #4 COCAINE, TRAFFICKING IN 18 GRAMS OR MORE, LESS THAN 36 GRAMS  c94C §32E(b)<br>    On: 07/26/2024    Judge: Hon. Katie Rayburn<br>    By: Jury Trial    Not Guilty Verdict<br><br>Charge #5 FENTANYL, TRAFFICKING IN MORE THAN 10 GRAMS c.94C, §32E(c½)<br>    On: 07/26/2024    Judge: Hon. Katie Rayburn<br>    By: Jury Trial    Not Guilty Verdict | | |
| 07/26/2024 | Offense Disposition::<br>Charge #1 A&B WITH DANGEROUS WEAPON c265 §15A(b)<br>    On: 07/23/2024    Judge: Hon. Katie Rayburn<br>    By: Jury Trial    Dismissed - Lack of Prosecution<br><br>Charge #2 ASSAULT W/DANGEROUS WEAPON c265 §15B(b)<br>    On: 07/26/2024    Judge: Hon. Katie Rayburn<br>    Not Guilty Verdict<br><br>Charge #3 NEGLIGENT OPERATION OF MOTOR VEHICLE c90 §24(2)(a)<br>    On: 07/26/2024<br>    By: Jury Trial    Guilty Verdict. Sentence: 6 months probation. Conditions: 1) complete safe driving course 2) perform 20 hours community service at a location approved by probation department 3) pay $200 fine<br><br>Charge #4 COCAINE, TRAFFICKING IN 18 GRAMS OR MORE, LESS THAN 36 GRAMS  c94C §32E(b)<br>    On: 07/26/2024<br>    By: Jury Trial    Not Guilty Verdict<br><br>Charge #5 FENTANYL, TRAFFICKING IN MORE THAN 10 GRAMS c.94C, §32E(c½)<br>    On: 07/26/2024<br>    By: Jury Trial    Not Guilty Verdict | | |
| 07/26/2024 | Docket Note: Defendant's Passport May Be Returned (Rayburn, J.) dated 07/26/2024  - *** Passport RETURNED - given in hand to Defendant on 7/26/24 | | |
| 07/30/2024 | Verdict affirmed, verdict slip filed<br><br>As to Count #2 - Assault with Dangerous Weapon - NOT GUILTY | 43 | Image |
| 07/30/2024 | Verdict affirmed, verdict slip filed<br>As to Count #3 - Negligent Operation of Motor Vehicle - GUILTY | 44 | Image |
| 07/30/2024 | Verdict affirmed, verdict slip filed<br>As to Count #4 - Possession of Cocaine with Intent to Distribute - NOT GUILTY | 45 | Image |
| 07/30/2024 | Verdict affirmed, verdict slip filed<br><br>As to Count #5 - Possession of Fentanyl with Intent to Distribute - NOT GUILTY | 46 | Image |
| 07/30/2024 | Commonwealth 's AMENDED Case Description (rec'd 7/23/24) | 47 | Image |
| 08/19/2024 | Probation Transfer Notice Received | 48 | Image |
| 08/19/2024 | Probation Transfer Review Complete | | |
| 08/20/2024 | Probation supervision transferred:<br>Originating Court: Norfolk County<br>Receiving Court: Suffolk County Criminal<br>Case Number: 2484PT00417<br>Amt Owed: 200.0 Amt Paid: 0.0 Amt Dismissed: 200.0 Balance: 0.0<br>; | | |
| 10/23/2024 | Financial Note: | | |

| Docket Date | Docket Text | File Ref Nbr. | Image Avail. |
|---|---|---|---|
| | Surety name changed from Wilson D. Reico to Wilson D. Recio on 10/23/2024 per copy of surety's name on driver's license | | |
| 10/24/2024 | Surety 's Motion for Return of Bail - ** ALLOWED (Cannone, RAJ) Dated 10/23/24 | 49 | Image |
| 07/07/2025 | Exhibits destroyed | | |

### Case Disposition

| Disposition | Date | Case Judge |
|---|---|---|
| Disposed by Jury Verdict | 07/26/2024 | |