UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) Criminal No. 25-10254-JEK |
| | ) |
| WHILO RECIO | ) |

**DEFENDANT'S MOTION TO ACCEPT LATE FILING**
**OF SENTENCING MEMORANDUM**

Now comes the defendant, by and through his counsel and respectfully moves this Honorable Court to accept his sentencing memorandum late and after the ordered due date of December 11, 2025. As grounds therefore, the defendant asserts:

1. Counsel was addressing a family emergency involving the serious injury to and emergency surgery on an immediate family member who is elderly and living out of state. Within the past seven days, counsel traveled out of state to assist his family with this crisis and this contributed to the late filing of the memorandum.

Respectfully Submitted
For the Defendant,
By his Attorney

_____*N. Gordon*_____
Nicolas A. Gordon
300 N. Main Street
Mansfield, MA 02048
BBO #657 987

December 10, 2025

## **CERTIFICATE OF SERVICE**

I, Nicolas A. Gordon, do hereby certify that on December 18, 2025, I served a copy of the foregoing on all registered parties by electronic filing on ECF

_____

Nicolas A. Gordon, Esq.